## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS GAMBLING RECOVERY LLC, : | |
| : | Case No.: 1:25-CV-12705-FDS |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| KALSHI INC., KALSHIEX LLC, KALSHI KLEAR INC., KALSHI KLEAR LLC, KALSHI TRADING LLC, SUSQUEHANNA INTERNATIONAL GROUP, LLP, SUSQUEHANNA GOVERNMENT PRODUCTS, LLLP, ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES, LLC, and WEBULL CORPORATION : : : : : : : : | |
| : | |
| Defendants. | |

## **NOTICE OF FILING OF STATE COURT RECORD**

PLEASE TAKE NOTICE that pursuant to Local Rule 81.1(a), Defendants Kalshi Inc., KalshiEX LLC, Kalshi Klear Inc., Kalshi Klear LLC, Kalshi Trading LLC, Susquehanna International Group, LLP, Susquehanna Government Products, LLLP, and Webull Corporation hereby file a certified copy of all available records and docket entries made in this action in the Superior Court of the Commonwealth of Massachusetts, Suffolk County, Civil Action No. 2584-cv-01630, prior to removal. These records are attached as Exhibit A.

**DINSMORE & SHOHL LLP**

Dated: October 10, 2025          By:    */s/ Javier F. Flores*

Javier F. Flores, Esq. (BBO #666089)
Dinsmore & Shohl LLP
101 Arch Street, Suite 1800
Boston, MA 02110
Telephone: (857) 305-6400
Facsimile: (857) 305-6401
Javier.flores@dinsmore.com

*Attorney for Kalshi Inc., KalshiEXLLC, Kalshi Klear Inc., Kalshi Klear LLC, Kalshi Trading LLC, Susquehanna International Group, LLP, Susquehanna Government Products, LLLP and Webull Corporation*

**CERTIFICATE OF SERVICE**

    I certify that on October 10, 2025, this document was filed through the CM/ECF system, where it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                                     */s/ Javier F. Flores*
                                                                     Javier F. Flores, Esq.