**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

MASSACHUSETTS GAMBLING
RECOVERY LLC,

    Plaintiff,

    v.

KALSHI INC. et al.,

    Defendants.

Case No. 1:25-cv-12705-FDS

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS
ROBINHOOD MARKETS, INC., ROBINHOOD DERIVATIVES, LLC, AND
WEBULL CORPORATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Robinhood Markets, Inc., Robinhood Derivatives, LLC, and Webull Corporation.

Under Rule 41(a), "[a] plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." And because Plaintiff has not "previously dismissed any federal- or state-court action based on or including the same claim," it provides that "the dismissal is without prejudice." *Id.* 41(a)(1)(B). The First Circuit has recognized that Rule 41 permits a party to voluntarily dismiss all claims against one party in a multiparty suit. *See Cabrera v. Municipality of Bayamon*, 622 F.2d 4, 5 (1st Cir. 1980) (discussing multiparty case where "the parties agreed to dismiss voluntarily the complaint against the municipality"). *See also Leroux v. Lomas & Nettleton Co.*, 626 F. Supp. 962, 966 (D. Mass. 1986) ("where Rule 41 speaks of an 'action,' this means all of the claims against any one defendant, and not necessarily all of the claims against all defendants.").

Plaintiff notes that dismissal of Robinhood Markets, Inc., Robinhood Derivatives, LLC, and Webull Corporation will have no effect on Plaintiff's pending Motion to Remand (Dkt. No. 25) or Plaintiff's claims against the remaining defendants in this action.

Date:  May 22, 2026

Respectfully submitted,

*/s/ Derek T. Ho*
Derek T. Ho (BBO #652627)
Mark P. Hirschboeck (*pro hac vice*)
Kyle B. Grigel (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
dho@kellogghansen.com
mhirschboeck@kellogghansen.com
kgrigel@kellogghansen.com


*Counsel for Plaintiff Massachusetts Gambling Recovery LLC*

3

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 22, 2026.

*/s/ Derek T. Ho*
Derek T. Ho (BBO #652627)